B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Fox Valley Auto Mall, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-4359959 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2175 East New York Street<br>Aurora, IL<br>ZIP Code 60504 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** David J. Schwab 6204333 ***

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Fox Valley Auto Mall, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>  See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>    (Name of landlord that obtained judgment) |
| _____<br>    (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Fox Valley Auto Mall, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David J. Schwab**
_____
Signature of Attorney for Debtor(s)

David J. Schwab 6204333
_____
Printed Name of Attorney for Debtor(s)

Ralph, Schwab & Schiever, Chartered
_____
Firm Name

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061
_____
Address

847-367-9699  Fax: 847-367-9621
_____
Telephone Number

April 15, 2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel F. Sledz**
_____
Signature of Authorized Individual

Daniel F. Sledz
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

April 15, 2009
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    Fox Valley Auto Mall, Inc.                                    ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Fox Valley Suzuki Oak Lawn, Inc.<br>Northern District of Illinois | Affiliate | 04/15/09 |
| WTM, Inc.<br>Northern District of Illinois | Affiliate | 04/15/09 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Fox Valley Auto Mall, Inc.              Case No. _____

Debtor(s)        Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alliance Credit Union<br>11545 W. Touhy Ave.<br>Chicago, IL 60666 | Alliance Credit Union<br>11545 W. Touhy Ave.<br>Chicago, IL 60666 | Buy back - Abel Gonzalez 2006 Grand Vitara | Contingent<br>Unliquidated<br>Disputed | 30,000.00 |
| Autofocus - Chicago<br>221 S. Mitchell Court A-3<br>Addison, IL 60101 | Autofocus - Chicago<br>221 S. Mitchell Court A-3<br>Addison, IL 60101 | Trade debt | | 7,176.00 |
| Carquest of Chicago Aurora<br>3 N. Snith St.<br>Aurora, IL 60505 | Carquest of Chicago Aurora<br>3 N. Snith St.<br>Aurora, IL 60505 | Trade debt | | 5,293.08 |
| CitiFinancial Auto<br>4000 Regent Blvd.<br>Mail Code C2A-210<br>Irving, TX 75063 | CitiFinancial Auto<br>4000 Regent Blvd.<br>Mail Code C2A-210<br>Irving, TX 75063 | Buy back - Evodio Vazquez 2005 Stratus | | 11,460.98 |
| Cox Auto Trader<br>P.O. Box 17359<br>Clearwater, FL 33762 | Cox Auto Trader<br>P.O. Box 17359<br>Clearwater, FL 33762 | Trade debt | | 5,373.00 |
| Dan Sledz<br>c/o Fox Valley Auto Mall, Inc.<br>2175 E. New York St.<br>Aurora, IL 60502 | Dan Sledz<br>c/o Fox Valley Auto Mall, Inc.<br>2175 E. New York St.<br>Aurora, IL 60502 | Notes payable | | 765,327.46 |
| Drive Financial Services<br>Attn: Accounting<br>8585 N. Stemmons Freeway<br>Dallas, TX 75247 | Drive Financial Services<br>Attn: Accounting<br>8585 N. Stemmons Freeway<br>Dallas, TX 75247 | Missing equipment:<br>Eric Thorson 2005 Chrysler Pacifica $3210.68<br>Walter Battle 2002 Chevy Suburban $3367.19<br>Eric Quezada $4306.50<br>Andrew Smith $147 | | 12,361.31 |

B4 (Official Form 4) (12/07) - Cont.

In re    Fox Valley Auto Mall, Inc.                                          Case No. _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Drive Financial Services Attn: Accounting 8585 N. Stemmons Freeway Dallas, TX 75247 | Drive Financial Services Attn: Accounting 8585 N. Stemmons Freeway Dallas, TX 75247 | Missing equipment: Tatianna Strong 2004 Pontiac Grand Prix $1142.65 Bruce Payne 2003 Chevy Impala $1209.50 Levar Johnson 2002 Ford Taurus $1213.87 | | 6,173.70 |
| Drive Financial Services Attn: Accounting 8585 N. Stemmons Freeway Dallas, TX 75247 | Drive Financial Services Attn: Accounting 8585 N. Stemmons Freeway Dallas, TX 75247 | Missing equipment: Jose Corro 2003 Pontiac Aztek $985.71 Aerial Familiar 2005 Ford Focus $1047.90 Lashondra Robinson 2005 Kia Spectra $1058.72 Fra | | 5,307.63 |
| Drive Financial Services Attn: Accounting 8585 N. Stemmons Freeway Dallas, TX 75247 | Drive Financial Services Attn: Accounting 8585 N. Stemmons Freeway Dallas, TX 75247 | Missing equipment: Keionna Burt 2006 Pontiac G6 $1389.75 Nolan Blackwell Jr. 2001 Chevy Tahoe $1546.41 Rogelio Perez 2003 Ford Expedition $1783.21 | | 10,446.52 |
| Fox Valley Suzuki Oak Lawn, Inc. 2175 East New York St. Aurora, IL 60502 | Fox Valley Suzuki Oak Lawn, Inc. 2175 East New York St. Aurora, IL 60502 | Notes payable | | 322,853.65 |
| J&R Automotive, Inc. 889 N. Larch Elmhurst, IL 60126 | J&R Automotive, Inc. 889 N. Larch Elmhurst, IL 60126 | Trade debt | | 5,287.00 |
| Jim Sledz c/o Fox Valley Auto Mall, Inc. 2175 E. New York St. Antioch, IL 60002 | Jim Sledz c/o Fox Valley Auto Mall, Inc. 2175 E. New York St. Antioch, IL 60002 | Notes payable | | 64,578.00 |
| Marlin Leasing Corp. P.O. Box 13604 Philadelphia, PA 19101 | Marlin Leasing Corp. P.O. Box 13604 Philadelphia, PA 19101 | Trade debt | | 15,953.00 |
| New Image Advertising 799 Roosevelt Rd. Glen Ellyn, IL 60137 | New Image Advertising 799 Roosevelt Rd. Glen Ellyn, IL 60137 | Trade debt | | 50,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Fox Valley Auto Mall, Inc.                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| TACC<br>2175 East New York St.<br>Aurora, IL 60502 | TACC<br>2175 East New York St.<br>Aurora, IL 60502 | Notes Payable | | 279,244.02 |
| The Paper<br>P.O. 188<br>Milford, IN 46442 | The Paper<br>P.O. 188<br>Milford, IN 46442 | Trade debt | | 7,593.75 |
| United Advertising Media<br>650 W. Grand Ave.<br>Suite 303<br>Elmhurst, IL 60126 | United Advertising Media<br>650 W. Grand Ave.<br>Suite 303<br>Elmhurst, IL 60126 | Trade debt | | 17,000.00 |
| Wells Fargo<br>Law Department<br>45 Fremont St.<br>San Francisco, CA 94105 | Wells Fargo<br>Law Department<br>45 Fremont St.<br>San Francisco, CA 94105 | Buy back - Jose Mondragon 2007 XL7 | | 30,000.00 |
| Windy City Wheels Magazine<br>P.O. Box 4751<br>Troy, MI 48084 | Windy City Wheels Magazine<br>P.O. Box 4751<br>Troy, MI 48084 | Trade debt | | 7,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    April 15, 2009                        Signature    /s/ Daniel F. Sledz
                                                          Daniel F. Sledz
                                                          President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

1st Ayd Corporation
P.O. Box 5298
Elgin, IL 60121


3023 Fleet Service
P.O. Box 5727
Carol Stream, IL 60197


ACC Consumer Finance
9191 Towne Center Drive, Suite 220
San Diego, CA 92122


ACC Consumer Finance
9191 Towne Centre Dr. #220
San Diego, CA 92122


ACC Consuner Finance
Attn: Jeffrey Hall
10770 Waterridge Circle, Suite 250
San Diego, CA 92121


ADP Commercial Leasing
P.O. Box 34656
Newark, NJ 07189


ADP Dealer Services
P.O. Box 88921
Chicago, IL 60695


Affiliated Finance Corp.
13680 Northwest 5th St.
Suite 220
Sunrise, FL 33325


AI Advertising, Inc.
P.O. Box 3226
Barrington, IL 60011


Aimbridge Lending Solutions
116 Inverness Dr. East
Suite 250
Englewood, CO 80112

Airborne Express
P.O. Box 91001
Seattle, WA 98111

Airgas North Central
P.O. Box 802588
Chicago, IL 60680

All Data
P.O. Box 848379
Dallas, TX 75284

Alliance Credit Union
11545 W. Touhy Ave.
Chicago, IL 60666

Alliant Credit Union
11545 W. Touhy Ave
Chicago, IL 60666

Allied Waste Service #480
P.O. Box 9001154
Louisville, KY 40290

Amcore Bank
501 Seventh St.
P.O. Box 1537
Rockford, IL 61110-0037

Amcore Bank N.A.
P.O. Box 1537
Rockford, IL 61110

American Eagle Bank
556 Randall Rd.
South Elgin, IL 60177

American Eagle Finance
556 Randall Rd.
South Elgin, IL 60177

American Racing Custom Wheels
1327 Gateway Dr.
Elgin, IL 60123

American Racing Equipment
P.O. Box 633445
Cincinnati, OH 45263

American Suzuki Financial Services
c/o Nievell Financial Services, LLC
P.O. Box 2365
Memphis, TN 38101

Americredit
P.O. Box 182974
Arlington, TX 76096-2974

Amireh Hisham Al Taher
10900 Central Ave.
Chicago Ridge, IL 60415

Aramark
P.O. Box 828441
Philadelphia, PA 19182

Aramark Uniform Services
4200 S. Halsted
Suite 603
Chicago, IL 60609

AT&T
P.O. Box 8100
Aurora, IL 60507

Aurora Automotive Supply, Inc.
220 W. Galena Blvd
Aurora, IL 60506

Auto Illustrated, Inc.
P.O. Box 3195
Barrington, IL 60011

Auto Mercado
650 W. Grand Ave.
Suite 303
Elmhurst, IL 60126

Auto USA
P.O. Box 406909
Atlanta, GA 30384


Autobytel, Inc.
P.O. Box 30860
Los Angeles, CA 90030


Autofocus - Chicago
221 S. Mitchell Court A-3
Addison, IL 60101


Autointernet Marketing
2495 Enterprise Rd.
Clearwater, FL 33763


Autotrader.com
P.O. Box 932207
Atlanta, GA 31193


Autotransport.com, Inc.
3950 W. 155th St.
Markham, IL 60428


Autotropolis, Inc.
12950 Racetrack Rd.
Tampa, FL 33626


Banco Popular
P.O. Box 690547
Orlando, FL 32869-0547


Banco Popular
2525 N. Kedzie
Chicago, IL 60647


Banco Popular North America
8523 Commodity Circle
Suite 100
Orlando, FL 32819


Bank of America
Dealer Services - Rhonda Murchison
9000 Southside Blvd.
Jacksonville, FL 32256

Bank of America
CA 7-701-03-96
P.O. Box 2284
Brea, CA 92822-2284

Beautiful Aquarium
5N771 Weber Dr.
Wayne, IL 60184

Blue Sky Marketing
5000 Executive Parkway
Suite 275
San Ramon, CA 94583

BOC Gases
P.O. Box 371914
Pittsburgh, PA 15251

British Petroleum
P.O. Box 70887
Charlotte, NC 28272

Bruce Brown Law Office
2000 Galena Blvd.
Suite 201
Aurora, IL 60506

Callsource
P.O. Box 80225
City Of Industry, CA 91716

Camborne
3600 E. State Street
Rockford, IL 61108

Camic Johnson, Ltd.
546 West Galena Blvd.
Aurora, IL 60506

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093

Capital One Auto Finance
P.O. Box 260848
Plano, TX 75026-0848


Car.com
P.O. Box 30860
Los Angeles, CA 90030


Carfax, Inc.
P.O. Box 79001
Detroit, MI 48279


Carnica, Inc.
1575 E. Oakton
Des Plaines, IL 60018


Carquest of Chicago Aurora
3 N. Snith St.
Aurora, IL 60505


Carsforsale.com, Inc.
113 East Spruce
Beresford, SD 57004


CCS Companies/Farmers Insurance
P.O. Box 7250
Portsmouth, NH 03802-7250


CDMDATA, Inc. Bin #20010
P.O. Box 29426
Phoenix, AZ 85038


Centrix Financial
6782 S. Potomac St.
Centennial, CO 80112


Certegy Check Guarantee
P.O. Box 30038
Tampa, FL 33630-3038


Chase Auto Finance
Recovery Support, AZ1-1196
201 N. Central Ave., Floor 12
Phoenix, AZ 85004

Chihuahua Tire Shop, LLC
120 E. Indian Trail
Aurora, IL 60505


CIQ
611 Druid Rd. #405
Clearwater, FL 33756


Citi Transaction Services
P.O. Box 182280
Columbus, OH 43218-2280


CitiFinancial Auto
4000 Regent Blvd.
Mail Code C2A-210
Irving, TX 75063


CitiFinancial Auto
2208 Highway 121, Suite 100
Bedford, TX 76021


CitiFinancial Auto
Attn: Treasury
P.O. Box 182280
Columbus, OH 43218-2280


Citizens Automobile Finance
Attn: Kathy Silva
480 Jefferson Blvd.
Warwick, RI 02886


Citizens Automobile Finance
480 Jefferson Blvd.
Warwick, RI 02886


Citizens Automobile Finance, Inc.
Asset Recovery Dept.
One Citizens Dr.
Riverside, RI 02915


City Auto Used Autoparts
690 McClure Road
Aurora, IL 60504

Clean Tech
P.O. Box 1377
Deerfield, IL 60015


Comcast Cable
P.O. Box 3001
Southeastern, PA 19398


Comcast Spotlight
12964 Collections Center Dr.
Chicago, IL 60693


ComEd
Bill Payment Center Chicago
Chicago, IL 60668


Con-Way Freight, Inc.
P.O. Box 5160
Portland, OR 97208


Condor Capital Corp
800 S. Oyster Bay Rd.
Hicksville, NY 11802


Condor Capital Corp
165 Oser Ave.
Hauppauge, NY 11788-8827


Continental Trade Exchange, Ltd.
5350 Commerce Blvd.
Suite C
Rohnert Park, CA 94928


Copy King Office Solutions, Inc.
1815 Wallace Ave.
Suite 309
Saint Charles, IL 60174


Cox Auto Trader
P.O. Box 17359
Clearwater, FL 33762

CPB Real Estate Partners, LLC
c/o Dan Sledz
2175 E. New York St.
Aurora, IL 60502


CPS
Dealer Compliance Department
19500 Jamboree Rd., 5th Floor
Irvine, CA 92612


Creative Colors International
P.O. Box 763
Elmhurst, IL 60126


Crosave
5240 Thatcher Rd.
Chicago, IL 60615


CU Direct Corp
P.O. Box 3600
Rancho Cucamonga, CA 91729-3600


Custom Wash One, Inc.
107 S. Church St.
Sheffield, IL 61361


Customerfunding.com, Inc.
P.O. Box 24255
Tempe, AZ 85282


CVR
Attn: Diana Riccard
7000 Village Dr.
Buena Park, CA 90621


Dan Sledz
c/o Fox Valley Auto Mall, Inc.
2175 E. New York St.
Aurora, IL 60502


Dealer Synergy
7201 Keystone St.
Suite 120
Philadelphia, PA 19135

Dealerink
14221 Ballantyne Country
Charlotte, NC 28277


Dealeron, Inc.
5515 Security Lane
Rockville, MD 20852


Dealerskins
P.O. Box 3808
Norfolk, VA 23514


Dealertrack
P.O. Box 6129
New York, NY 10087


Dealix Corp
Dept. CH 17309
Palatine, IL 60055


Deleware Place Bank
190 East Deleware Place
Chicago, IL 60611


Deleware Place Bank
190 E. Deleware Place
Chicago, IL 60611


Denaya Peterson
2170 Gallant Fox Circle
Montgomery, IL 60538


Domestic Uniform Rental
4131 N. Ravenswood
Chicago, IL 60613


Dreyer Medical Clinic
1870 West Galena Blvd.
Aurora, IL 60507


Dreyer Medical Group, Ltd.
1870 West Galena Blvd.
Aurora, IL 60507

Drive Financial Services
Attn: Accounting
8585 N. Stemmons Freeway
Dallas, TX 75247


Drive Financial Services
5201 Rufe Snow Dr.
North Richland Hills, TX 76180


Drive Financial Services
8585 N. Stemmons Freeway
Dallas, TX 75247


Drive Financial Services
8585 W. Stemmons Freeway
Suite 1100
Dallas, TX 75247


Drive Financial Services
Attn: Product Cancellations
8585 N. Stemmons Frwy, Ste 1000 N.
Dallas, TX 75247


Ebay, Inc.
P.O. Box 2179
Carol Stream, IL 60132


Eduardo Nava
Yolanda Pineso
625 Westwind
Carpentersville, IL 60110


Eight Hundred Credit Hotline
12952 N. Dale Mabry
Tampa, FL 33618


Enterprise
4700 Southwest Hwy
Oak Lawn, IL 60453


Erik Molter
1075 Prairie
Naperville, IL 60540

Facility Supply Systems, Inc.
245 W. Roosevelt Rd.
West Chicago, IL 60185

Fastprint, Aurora
54 E. Galena Blvd
Aurora, IL 60505

FedEx
P.O. Box 94515
Palatine, IL 60094

Fifth Third Bank
Attn: James M. Brown
1850 East Paris Ave. CSC 1
Grand Rapids, MI 49546

Firestone Tire & Service Centers
P.O. Box 403727
Atlanta, GA 30384

First American Credco
P.O. Box 509019
San Diego, CA 92150

First Extended Service Corp
175 W. Jackson Blvd.
12th Floor
Chicago, IL 60604

Flagship Credit Corp
3 Christy Dr.
Suite 203
Chadds Ford, PA 19317

Fox Metro
P.O. Box 109
Montgomery, IL 60538

Fox Valley Auto Paints
198 Hankes Ave.
Aurora, IL 60505

Fox Valley Ford
208 Hansen Blvd.
North Aurora, IL 60542


Fox Valley Suzuki Oak Lawn, Inc.
2175 East New York St.
Aurora, IL 60502


Franklin Capital Corp
47 W. 200 South
Salt Lake City, UT 84101


Genuine Parts Co
5959 Collections Dr.
Chicago, IL 60693


Gerald
213 Hansen Blvd
North Aurora, IL 60542


Glenn's Glass
1985 Church Rd.
Aurora, IL 60505


Gonzalez Saggio & Harlan LLP
225 E. Michigan St.
Fourth Floor
Milwaukee, WI 53202


Grainger
Dept. 145-861260552
Palatine, IL 60038


Great American Business Products
6701 Concord Park Dr.
Houston, TX 77040


Great Bank
234 South Randall Rd.
Algonquin, IL 60102


Harmon Auto
650 W. Grand Ave.
Suite 303
Elmhurst, IL 60126

Harris Bank
3800 Golf Rd.
Suite 300
Rolling Meadows, IL 60008


Heritage Crystal Clean
13621 Collections Center Dr.
Chicago, IL 60693


Hertz Local Edition
HLE Commercial Dept. 1154
Dallas, TX 75312


Household Auto Finance Corp
11452 El Camino Real
Suite 400
San Diego, CA 92130


HSBC Auto Finance
P.O. Box 60187
City Of Industry, CA 91716


Hubcap Wholesalers
4820 W. 137th St.
Crestwood, IL 60445


Hugo Vela
3105 Natchez Ave.
Chicago, IL 60634


Hwy 70 Towing
2005 Hwy 70
Kingston Springs, TN 37082


Ice Mountain
P.O. Box 856680
Louisville, KY 40285


ICUL Service Corp.
1807 W. Diehl Rd.
Naperville, IL 60566-7107


Illiana Financial Credit Union
1600 Huntington Dr.
Calumet City, IL 60409

Illiana Financial, Inc.
P.O. Box 1127
Elmhurst, IL 60126


Imelda Rodriguez
1109 5th St.
Aurora, IL 60505


Independent Bumpers
3613 Jackson Ave.
Richton Park, IL 60471


Inland Arts and Graphics, Inc.
P.O. Box 575
New Lenox, IL 60451


Interactive Financial Marketing
P.O. Box 3854
Norfolk, VA 23514


Interstate Battery System
23841 S. Aero Ct.
Plainfield, IL 60544


J&R Automotive
889 N. Larch
Elmhurst, IL 60126


J&R Automotive, Inc.
889 N. Larch
Elmhurst, IL 60126


Jim Sledz
c/o Fox Valley Auto Mall, Inc.
2175 E. New York St.
Antioch, IL 60002


JWR Printing Solutions
620 N. Highland Ave.
Aurora, IL 60506


Kelley Blue Book
P.O. Box 19691
Irvine, CA 92623

Kelmscott Communications
620 N. Highland Ave.
Aurora, IL 60506

Kent Automotive
2689 Paysphere Circle
Chicago, IL 60674

KER Supply Co, INc.
511 Oakleaf Ct.
Joliet, IL 60436

Kolorpatch/Creative Colors
P.O. Box 763
Elmhurst, IL 60126

Kristin Mader
3819 Cherry Tree Ct.
Joliet, IL 60435

Lease Link
P.O. Box 6129
New York, NY 10087-6129

Liquid Motors, Inc.
1755 N. Collins Blvd
Richardson, TX 75080

Long Beach Acceptance Corp
P.O. Box 909
Paramus, NJ 07653

Marlin Leasing Corp.
P.O. Box 13604
Philadelphia, PA 19101

Matrix Consultants
4216 W. Jefferson Blvd.
Los Angeles, CA 90016

Max Madsen's
3990 E. Ogden
Aurora, IL 60502

Mercedes Benz of Naperville
1569 W. Ogden Ave.
Naperville, IL 60540


Merces Rodriguez
1178 Golden Oaks Pkwy
Aurora, IL 60506


Merlin Muffler and Brake
390 N. Eola Rd.
Aurora, IL 60504


Midwest Auto Transport, Inc.
P.O. Box 452
Clyde, OH 43410


Mitchell 1
P.O. Box 60000
San Francisco, CA 94160


Mitten Express, LLC
9691 Beech Ave.
Howard City, MI 49329


Mobile Gold
P.O. Box 1776
Palatine, IL 60078


Model Marketing, Inc.
303 N. Fourth St.
Pekin, IL 61544


Modern Consumer
270 Lafayette St.
Suite 201
New York, NY 10012


Mr. Hubcap
13616 S. Cicero Ave.
Crestwood, IL 60445


Nada Analytical Services Corp.
Dept. 266
Washington, DC 20042

National City
1900 East Ninth St.
Cleveland, OH 44114


New Image Advertising
799 Roosevelt Rd.
Glen Ellyn, IL 60137


Nextel
P.O. Box 4191
Carol Stream, IL 60197


Nicor
P.O. Box 416
Aurora, IL 60568


Nicor Gas
P.O. Box 418
Aurora, IL 60568


Nowcom
4751 Wilshire Blvd.
Los Angeles, CA 90010


Oak Services, Inc.
340 W. Butterfield Rd.
Elmhurst, IL 60126


PCS, Sprint
P.O. Box 219554
Kansas City, MO 64121


Peak 5
Attn: Warranty Dept.
6782 S. Potomac St.
Centennial, CO 80112


Pitney Bowes
P.O. Box 856042
Louisville, KY 40285


Pitney Bowes
P.O. Box 856460
Louisville, KY 40285

Prestige Financial
1420 South 500 West 84115
Salt Lake City, UT 84126


Pro Finish
901 E. Nicholas Blvd.
Elk Grove Village, IL 60007


Pronto Connections, Inc.
820 North Orleans
Chicago, IL 60610


Pulaski Pride
6440 S Hwy 27
Somerset, KY 42501


Purchase Power
P.O. Box 856042
Louisville, KY 40285


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101


Quint Tires & Wheels
1320 Dearborn Ave.
Aurora, IL 60505


Ramey Auto Transport, Inc.
P.O. Box 4153
Antioch, IL 60002


Randall Ludwigson
901 Hitchcock
Lisle, IL 60532


Receivables Management Inc.
P.O. Box 593
Lansing, IL 60438-0593


Regional Acceptance Corp
1424 E. Fire Tower Rd.
Greenville, NC 27858

Riverfront Chrysler/Jeef
200 Hansen Blvd.
North Aurora, IL 60542


Roadrunners Autotransport, Inc.
3920 W. 155th St.
Markham, IL 60428


ROI
9871 Oceancrest
Huntington Beach, CA 92646


Ron Westphal Chevrolet
1425 W. Ogden Ave.
Aurora, IL 60504


Royal Savings Bank
9226 S. Commercial Ave.
Chicago, IL 60617


Safety Kleen
5400 Legacy Dr.
Plano, TX 75024


SBC
Bill Payment Center Chicago
Chicago, IL 60663


Sergio E. Galendo
320 N. Lake St.
Aurora, IL 60506


SLS
1726 Shipley St.
Huntington Beach, CA 92648


Sparomobile
503 Ogden Ave.
Downers Grove, IL 60515


Sprint
P.O. Box 660075
Dallas, TX 75266

SPX/OTC Corporation
2300 Park Dr.
Owatonna, MN 55060


Steve's Discount Wheels
1004 Carolina Dr.
West Chicago, IL 60185


Stratford's
900 N. Main St.
Montgomery, IL 60538


Superior Performance Automotive
P.O. Box 391
Addison, IL 60101


Symeron Software, Inc.
400 W. Court St.
Cimarron, KS 67835


Synergy Img Inc.
56 Harvester Ave.
Suite 1327
Batavia, NY 14020


TACC
2175 East New York St.
Aurora, IL 60502


Tara Ohse
23 Boat Ln.
Oswego, IL 60543


Teresa Sanchez
718 E. Downer Place
Aurora, IL 60505


The Hercules Tire & Rubber Company
2225 North Ave.
Suite B
Melrose Park, IL 60160


The Match Man
P.O. Box 5310
Vernon Hills, IL 60061

The Paper
P.O. 188
Milford, IN 46442


Timbuktu Roadway Xpress, LLC
11 W. Bronson St.
P.O. Box 366
La Fontaine, IN 46940


Tire Rack
7101 Vorden Parkway
South Bend, IN 46628


Trader National Publications
P.O. Box 1039
Norfolk, VA 23501


Tran Tech, Inc.
888 Will Carleton Rd.
Carleton, MI 48117


Triad
Department CH 14222
Chicago, IL 60656


Triad Financial Corp
7711 Center Ave., Suite 100
Huntington Beach, CA 92647


Triad Financial Corp
Attn: Warranty Cancellations
5201 Rufe Snow Dr.
North Richland Hills, TX 76180


Tribune Interactive
14891 Collections Center Dr.
Chicago, IL 60693


Union Auto Body Parts, Inc.
850 Ridgeway Ave.
Suite F
Aurora, IL 60506

United Advertising Media
650 W. Grand Ave.
Suite 303
Elmhurst, IL 60126


United Auto Body
732 N. Highland
Aurora, IL 60506


UPS
Lockbox 577
Carol Stream, IL 60132


US Bank
P.O. Box 3427
Oshkosh, WI 54903


Valley Honda
4173 Ogden Ave.
Aurora, IL 60504


Valvoline, Inc.
P.O. Box 93263
Chicago, IL 60673


Van's Lock and Key
214 S. River St.
Aurora, IL 60506


Velasquez & Sons
702 Lake St.
Aurora, IL 60506


Victor Espinosa
422 Union St.
Aurora, IL 60505


Wachovia
P.O. Box 168048
Irving, TX 75016


Wachovia Dealer Services
1721 Moon Lake Rd.
Suite 200
Hoffman Estates, IL 60194

Wachovia Dealer Services, Inc.
Attn: Rebates
1721 Moon Lake Blvd #200
Hoffman Estates, IL 60169


Waste Management
1411 Opus Place #400
Downers Grove, IL 60515


Wells Fargo
Law Department
45 Fremont St.
San Francisco, CA 94105


Wells Fargo Auto Finance
P.O. Box 29704
Phoenix, AZ 85038


Wells Fargo Auto Finance
2501 Seaport Dr.
Suite BH 300
Chester, PA 19013-1510


Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197


Windy City Popcorn Co.
P.O. Box 3560
Joliet, IL 60434


Windy City Wheels Magazine
P.O. Box 4751
Troy, MI 48084


WMCarnet
1477 E. Apple Ave.
Muskegon, MI 49442


XM Radio
1500 Eckington Place NE
Washington, DC 20002

# United States Bankruptcy Court
## Northern District of Illinois

In re   Fox Valley Auto Mall, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Fox Valley Auto Mall, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 15, 2009

Date

/s/ David J. Schwab

David J. Schwab 6204333

Signature of Attorney or Litigant
Counsel for   Fox Valley Auto Mall, Inc.

Ralph, Schwab & Schiever, Chartered

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061
847-367-9699 Fax:847-367-9621